# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1229. KIMBERLY COPELAND AND ASSOCIATES, LLC v. BEN LEVITAN, LLC.**

This contract case originated in magistrate court, which entered judgment in favor of defendant Kimberly Copeland and Associates, LLC ("Copeland"), and awarded Copeland $3,771.00 on its counterclaim. Plaintiff Ben Levitan appealed to the superior court, where he amended his complaint to add additional claims. After a jury trial, Levitan was awarded $44,828.57. Copeland filed this direct appeal. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Copeland was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). This is true even in cases in which litigation is expanded in the superior court. See id; *Southtowne Hyundai-Isuzu-Suzuki v. Hooper*, 216 Ga. App. 214, 214 (453 SE2d 756) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Copeland's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   04/18/2023            *
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*